FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Megan A. Richmond, Esq. SBN 170753
MEGAN A. RICHMOND, APC
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121
Tel: (714) 349-0555
Fax: (858) 622-0411
Email: mrichmondlaw@bigplanet.com

11 JUN 23 PM 12: 27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

ATTORNEYS FOR: Plaintiff KATHY HAO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KATHY HAO | CASE NUMBER: |
|---|---|
| Plaintiff(s), | ACV11-5257 JAK (MANx) |
| v. | |
| COUNTY OF LOS ANGELES, a California Municipality, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | FAX FILE |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff KATHY HAO
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                      **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| Party | | Connection |
|---|---|---|
| Plaintiff ARHTUR ELLERD, | No. 08-CV-07627 CAS (FFMx) | All actions will call for determinations of numerous questions of law which were presented in the ELLERD and ALI Actions, including standards for entitlement to overtime compensation under the FLSA and the numerous complex regulations promulgated thereunder. (See, L.R. 83-1.3.1(b).) |
| Plaintiff MARIE ALI | No. 08-CV-07627 CAS (FFMx) | |
| Plaintiff IVY PHAM | (to be filed and assigned) | |
| Plaintiff SIDNEY CHOW | " | " |
| Plaintiff LELA BOHANNON | " | " |
| Plaintiff RLYNN SMITH-THOMAS | " | " |

June 22, 2011
Date

Sign _____

Megan A. Richmond, Esq.
Attorney of record for or party appearing in pro per